UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BODIE, DAVID T. § Case No. 13-23858 DRC
§
_____ Debtor § §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 241,500.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,363.00 |
| Total Distributions to Claimants: 10,520.79 | Claims Discharged<br>Without Payment: 109,684.06 |
| Total Expenses of Administration: 4,479.21 | |

   3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 384,900.00 | $ 13,804.78 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,479.21 | 4,479.21 | 4,479.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,400.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 117,369.00 | 28,435.85 | 28,435.85 | 10,520.79 |
| **TOTAL DISBURSEMENTS** | $ 503,669.00 | $ 46,719.84 | $ 32,915.06 | $ 15,000.00 |

   4)  This case was originally filed under chapter 7 on  06/10/2013 .  The case was pending for 35 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  04/27/2016             By:/s/GINA B. KROL
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/4 INTEREST IN COTTAGE LOCATED AT 29407 COUNTY RO | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage P.O. 183040 Columbus, OH 43218 | | 280,000.00 | NA | NA | 0.00 |
| | Wells Fargo PO Box 40039 Roanoke, VA 24022 | | 90,000.00 | NA | NA | 0.00 |
| 000001 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | 14,900.00 | 13,804.78 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 384,900.00 | $ 13,804.78 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| ADAMS-LEVINE | 2300-000 | NA | 8.10 | 8.10 | 8.10 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 21.46 | 21.46 | 21.46 |
| ASSOCIATED BANK | 2600-000 | NA | 599.07 | 599.07 | 599.07 |
| COHEN & KROL | 3110-000 | NA | 1,060.67 | 1,060.67 | 1,060.67 |
| GINA KROL | 3110-000 | NA | 530.33 | 530.33 | 530.33 |
| COHEN & KROL | 3120-000 | NA | 9.58 | 9.58 | 9.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,479.21 | $ 4,479.21 | $ 4,479.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adrian Bodie;25675 Harvard Drive;Warrenville, IL 60555 | | 400.00 | NA | NA | 0.00 |
| | Tanya Bodie;2974 Shadyside Drive;Stoughton, WI 53589 | | 1,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,400.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo c/o Heller and Frisone, Ltd. 33 N. LaSalle Street, Suite 1200 Chicago, IL 60602 | | 90,369.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 27,000.00 | 28,435.85 | 28,435.85 | 10,520.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 117,369.00 | $ 28,435.85 | $ 28,435.85 | $ 10,520.79 |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-23858 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | BODIE, DAVID T. | Date Filed (f) or Converted (c): 06/10/13 (f) |
| | | 341(a) Meeting Date: 07/09/13 |
| For Period Ending: 04/27/16 | (6th reporting period for this case) | Claims Bar Date: 10/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 S 430 BRIGGS AVENUE, NAPERVILLE, ILLINOIS | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1/4 INTEREST IN COTTAGE LOCATED AT 29407 COUNTY RO | 25,000.00 | 15,000.00 | | 15,000.00 | FA |
| 3. Checking account with West Suburban Bank | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Savings with MB Financial | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 6. Term Insurance Policy with Metlife | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 401(K) | 2,363.00 | 0.00 | OA | 0.00 | FA |
| 8. 1986 17' Carisma 175 boat | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 9. 2011 Honda Accord (45,000 miles) | 14,000.00 | 0.00 | OA | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $272,863.00 | $15,000.00 | $15,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee for review January 27, 2016, 03:18 pm

Trustee is working up TFR
October 08, 2015, 10:21 am

Trustee to file motion to determine value of Ford's secured claim, then prepare TFR
October 16, 2014, 10:39 am

Trustee sold Debtor's 25% interest in r/e in WI
October 16, 2013, 04:56 pm

LFORM1

Ver: 19.06

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-23858 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: | BODIE, DAVID T. | Date Filed (f) or Converted (c): 06/10/13 (f) |
| | | 341(a) Meeting Date: 07/09/13 |
| | | Claims Bar Date: 10/11/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL
_____ Date: 04/27/16
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-23858 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | BODIE, DAVID T. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0733 Checking Account |
| Taxpayer ID No: | *******7047 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/13 | 2 | David T. Bodie<br>3 S 430 Briggs Ave.<br>Naperville, IL 60563 | Debtor's Purchase of 1/4 int. in re | 1110-000 | 15,000.00 | | 15,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 14,979.86 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.27 | 14,957.59 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,936.07 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,913.87 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.17 | 14,891.70 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 14,871.70 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 13.11 | 14,858.59 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.11 | 14,836.48 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,815.13 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,793.10 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.28 | 14,771.82 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 14,749.86 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,727.93 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.19 | 14,706.74 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.86 | 14,684.88 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.13 | 14,663.75 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.80 | 14,641.95 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.77 | 14,620.18 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 8.35 | 14,611.83 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 14,592.20 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.69 | 14,570.51 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-23858 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | BODIE, DAVID T. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0733  Checking Account |
| Taxpayer ID No: | *******7047 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.96 | 14,549.55 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.63 | 14,527.92 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.90 | 14,507.02 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.57 | 14,485.45 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.54 | 14,463.91 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.81 | 14,443.10 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.47 | 14,421.63 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.75 | 14,400.88 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.41 | 14,379.47 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 8.10 | 14,371.37 |
| 04/08/16 | 030004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL  60602 | Final Distribution<br>Trustee compensation | 2100-000 | | 2,250.00 | 12,121.37 |
| 04/08/16 | 030005 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 1,060.67 | 11,060.70 |
| 04/08/16 | 030006 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3120-000 | | 9.58 | 11,051.12 |
| 04/08/16 | 030007 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 530.33 | 10,520.79 |
| 04/08/16 | 030008 | Capital One Bank (USA), N.A. | Final Distribution | 7100-900 | | 10,520.79 | 0.00 |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-23858 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BODIE, DAVID T. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0733  Checking Account |
| Taxpayer ID No: | *******7047 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083 Charlotte, NC 28272-1083 | | | | | |

| Account *******0733 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 15,000.00 | 8 | Checks | 14,400.93 |
| 0 | Interest Postings | 0.00 | 28 | Adjustments Out | 599.07 |
| | Subtotal | $ 15,000.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 15,000.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 15,000.00 | | | |

Trustee's Signature: ___/s/  GINA B. KROL_____ Date: 04/27/16
GINA B. KROL

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver. 19.06